FILED

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0702

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 23-0702

Gary O. Stewart,

        Appellee/Petitioner,

vs.

Kyle Grimsrud,

        Appellant/Respondent.

---

## ORDER GRANTING EXTENSION OF TIME
## TO FILE OPENING BRIEF

---

On Appeal from the Montana Tenth Judicial District Court, Fergus County, Docket No. DR 2023-14, the Honorable Heather Perry, Presiding

_____

Pursuant to Appellant's unopposed motion, under Rule 26(1), Mont.R.App.P.,

**IT IS HEREBY ORDERED** that the Appellant has an additional 30 days from the current deadline to file his opening brief. The initial deadline for filing said brief was January 10, 2024, and the new deadline is February 9, 2024.

For the Court,

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 8 2024